LAW LIBRARY

NO. 30379

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MARY E. WHITE, Petitioner,

vs.

SUPREME COURT OF NEW JERSEY and
CHIEF JUSTICE STUART RABNER, Respondents

K. HAMAKADO
CLERK APPELLATE COURTS
STATE OF HAWAII

2010 MAR 23 PM 1:37

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner Mary E. White's petition for relief, it appears that we lack jurisdiction and power to grant the relief sought. See Hawai‘i Revised Statutes § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai‘i, March 23, 2010.